ANTON NOWAK, Appellant, *v.* GEORGE F. WALLER et al., Respondents.

(Submitted March 11, 1892; decided March 25, 1892.)

APPEAL from judgment of the General Term of the Supreme Court, in the second judicial department, entered upon an order made May 12, 1890, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial at Circuit, and also affirmed an order denying a motion for a new trial.

*John R. Reid* for appellant.

*Timothy M. Griffing* and *Wilmot M. Smith* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____

CHLOE E. PERSONS et al., Appellants, *v.* LUCY M. SEARGENT, Impleaded, etc., Respondent.

(Argued March 11, 1892; decided March 25, 1892.)

APPEAL from judgment of the Supreme Court in the fourth judicial department, entered upon an order made September 9, 1890, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Watson M. Rogers* for appellants.

*S. C. Huntington, Jr.,* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.